UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 1-23-cv-24743-WILLIAMS

HARCO NATIONAL INSURANCE
COMPANY,

     Plaintiff,

v.

LUIS CAMEJO PEREZ, ORLANDO REYES, and
ANNELIESSE O'CONOR, AS CURATOR OF
THE ESTATE OF MICHAEL GARCIA, DECEASED,

     Defendants.
_____/

## JOINT STATUS REPORT

Plaintiff, Harco National Insurance Company, and the Defendants, Luis Camejo Perez ("Perez"), Orlando Reyes ("Reyes"), and Anneliesse O'Conor, as Curator of the Estate of Michael Garcia, Deceased ("O'Conor"), by and through their respective undersigned counsel and pursuant to the Court's Orders dated June 17, 2024 [D.E. 29], and February 19, 2025 [D.E. 36], submit the following status report:

The matter styled *In the Matter of Luis Camejo Perez*, Case No. 1:24-cv-20923-AHS (S.D. Fla.) (the "Limitation of Liability Action") remains pending. The stay/injunction order entered in that matter has not been lifted. The Court in that action has scheduled the case for trial on the calendar beginning on November 3, 2025. All the parties to the Limitation of Liability Action, including the parties to this case, have agreed to participate in a global mediation with Glenn J. Waldman in the Limitation of Liability Action that is scheduled for July 14, 2025 at 9:00 a.m.

Respectfully submitted,

| | |
|---|---|
| */s/ Warren B. Kwavnick* | */s/ Joshua R. Alhalel* |
| Warren B. Kwavnick, Esq. | Jason S. Mazer, Esq. |
| Florida Bar No. 94684 | Florida Bar No. 00149871 |
| **The Law Office of** | Joshua R. Alhalel, Esq. |
| **Warren B. Kwavnick, PLLC** | Florida Bar No. 0016320 |
| 320 South Flamingo Road, Suite 184 | **Mazer Law** |
| Pembroke Pines, FL 33027 | 255 Alhambra Plaza, Suite 1160 |
| Phone: (954) 439-2694 | Coral Gables, FL 33134 |
| Warren@KwavnickAppeals.com | Phone: (305) 799-9157 |
| | jmazer@mazer-law.com |
| | jalhalel@mazer-law.com |
| *Counsel for Harco National Insurance Company* | *Counsel for Luis Camejo Perez* |
| */s/ Yesenia Collazo* | */s/ Christine M. Lugo* |
| Yesenia Collazo, Esq. | Christine M. Lugo, Esq. |
| Florida Bar No. 489311 | Florida Bar No. 109515 |
| **Collazo Law Firm, P.A.** | **MSP RECOVERY LAW FIRM** |
| 10200 NW 25th Street, Suite 201 | 3150 SW 38th Ave., Suite 1100 |
| Miami, FL 33172 | Miami, FL 33146 |
| Phone: (305) 477-6401 | Phone: (305) 614-2222 |
| collazo@collazolawfirm.com | clugo@msprecoverylawfirm.com |
| | serve@msprecoverylawfirm.com |
| *Counsel for Orlando Reyes* | *Counsel for Anneliesse O'Conor, as Curator of the Estate of Michael Garcia, Deceased* |